FIGURE EIGHT v. LAING

No. 249 PC

Case below: 46 NC App 606

Petition by defendants for discretionary review under G.S. 7A-31 and alternative petition for writ of certiorari to North Carolina Court of Appeals denied 15 August 1980.

FOUST v. CITY OF GREENSBORO

No. 310 PC

Case below: 47 NC App 159

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980.

GRAVES v. WALSTON

No. 297 PC

No. 110 (Fall Term)

Case below: 46 NC App 606

Petition by defendants for discretionary review under G.S. 7A-31 allowed 15 August 1980.

HALL v. PUBLISHING CO.

No. 279 PC

Case below: 46 NC App 760

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 15 August 1980.

HARRIS v. PAVING CO.

No. 352 PC

Case below: 47 NC App 348

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.